UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANK WOLLAM, Jr. and<br>DARIN PHILLIPS,<br><br>      Plaintiff,<br><br>      v.<br><br>SCS CONSTRUCTION<br>SERVICES, INC., INTERIOR<br>CONCEPTS OF INDIANA LLC<br>and SCOTT W. KENNELL<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NO. 1:15-CV-996<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiffs, Frank Wollam, Jr. ("Wollam") and Darin Phillips ("Phillips") (collectively "Plaintiffs"), by counsel, bring this action against Defendants SCS Construction Services, Inc. ("SCS"), Interior Concepts of Indiana LLC ("Interior Concepts") and Scott W. Kennell ("Kennell") (together "Defendants"), for failure to pay overtime in violation of 29 U.S.C. §207, *et. seq.*, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 *et seq.* and for failure to timely pay earned wages in accordance with Indiana law.

## PARTIES

2. Wollam is an individual who resides in Marion County, Indiana. Defendants employed Wollam within the three-year period preceding the filing of this Complaint. Wollam was an individual employee within the meaning of the FLSA, 29 U.S.C. § 203(e)(1).

3. Phillips is an individual who resides in Marion County, Indiana. Defendants employed Phillips within the three-year period preceding the filing of this Complaint. Phillips was an individual employee within the meaning of the FLSA, 29 U.S.C. § 203(e)(1).

4. SCS is an Indiana domestic corporation with its principal place of business located in Johnson County, Indiana. SCS acted, directly or indirectly, in the interest of an employer with respect to Plaintiffs. SCS is an "employer" within the meaning of the FLSA, 29 U.S.C. § 203(d).

5. Interior Concepts is an Indiana limited liability company with its principal place of business located in Johnson County, Indiana. Interior Concepts acted, directly or indirectly, in the interest of an employer with respect to Plaintiffs. Interior Concepts is an "employer" within the meaning of the FLSA, 29 U.S.C. § 203(d).

6. Kennell is an owner, member and/or officer of SCS and Interior Concepts. Kennell exercised operational control over SCS and Interior Concepts; controlled significant business functions of SCS and Interior Concepts; and acted on behalf of and in the interest of SCS and Interior Concepts in devising, directing, implementing, and supervising the wage and hour practices and policies challenged in this Complaint. Kennell is an "employer" within the meaning of the FLSA, 29 U.S.C. § 203(d).

## JURISDICTION

7. This Court has jurisdiction over Defendants because Plaintiffs have asserted a claim arising under federal law. This Court has supplemental jurisdiction over Plaintiffs' Indiana state law claims pursuant to 28 U.S.C. § 1367.

## VENUE

8. Venue is proper in this Court pursuant to 28 U.S.C. §1391. Venue is appropriate in the Southern District of Indiana because the wage and hour violations at issue in this case occurred in this District.

## COVERAGE

9. At all times hereinafter mentioned, Plaintiffs were engaged in interstate commerce as defined by the FLSA, 29 U.S.C. § 207.

10. At all times hereinafter mentioned, Defendants have been an enterprise within the meaning of Section 3(r) of the FLSA, 29 U.S.C. §203(r).

11. At all times hereinafter mentioned, Defendants have been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1) of the FLSA, 29 U.S.C. §203(s)(1), in that the enterprise has had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that the enterprise has had and has an annual gross volume of sales made or business done of not less than $500,000.

## FACTS

12. Within the last three years, Defendants employed Wollam as a laborer. Defendants terminated Wollam's employment on or around September 2014.

13. Within the last three years, Defendants employed Phillips as a laborer. Phillips voluntarily terminated his employment with Defendants.

14. SCS and Interior Concepts are either joint employers or a single employer of Plaintiffs as defined by the FLSA.

15. Defendants paid Plaintiffs an hourly rate.

15. Plaintiffs regularly worked in excess of forty (40) hours per week ("overtime hours"), but were not compensated for all overtime hours at the rate required by the FLSA.

16. Defendants knew that Plaintiffs regularly worked overtime hours.

17. Defendants' conduct in not paying Plaintiffs overtime compensation was willful and in bad faith.

18. Defendants failed to Plaintiffs at the hourly rates required by the Indiana Common Construction Wage Act.

19. On April 20, 2015, Wollam filed a wage claim with the Indiana Department of Labor.  On April 30, 2015, the Indiana Office of the Attorney General referred Wollam's wage claim to Gibbons Legal Group, P.C. for prosecution of this matter.

## COUNT I:  FAILURE TO PAY WAGES IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT

20. Plaintiffs hereby incorporate by reference paragraphs 1-19 of this Complaint.

21. During the relevant time period, Defendants have violated the provisions of Section 7 of the FLSA, 29 U.S.C. § 207 by employing Plaintiffs for workweeks longer than forty hours without compensating Plaintiffs for their employment in excess of forty hours per week at a rate not less than one and one-half the regular rate of pay for which they were employed.  Defendants have acted willfully, or with reckless disregard, in failing to pay Plaintiffs in accordance with the law.

## COUNT II: FAILURE TO PAY WAGES IN ACCORDANCE WITH INDIANA CODE § 22-2-5 *et. seq.*

22. Plaintiffs hereby incorporate by reference paragraphs 1-21 of this Complaint.

23. In failing to pay Phillips at the hourly rate required by the Indiana Common Construction Wage Act, Defendants violated I.C. § 22-2-5 *et. seq.* by failing to pay all wages earned by Phillips.

## COUNT III: FAILURE TO PAY WAGES IN ACCORDANCE WITH INDIANA CODE § 22-2-9 *et. seq.*

24. Plaintiffs hereby incorporate by reference paragraphs 1-23 of this Complaint.

25. In failing to pay Wollam at the hourly rate required by the Indiana Common Construction Wage Act, Defendants violated I.C. § 22-2-9 *et. seq.* by failing to pay all wages earned by Wollam.

## COUNT IV: BREACH OF CONTRACT

26. Plaintiffs hereby incorporate by reference paragraphs 1-25 of this Complaint.

27. During the relevant time period, Defendants contracted to perform work on projects governed by the requirements of the Indiana Common Construction Wage Act. These contracts required Defendants, in part, to pay employees specified minimum wages and benefits.

28. While employed by Defendants, Plaintiffs performed work for Defendants on projects governed by the requirements of the Indiana Common Construction Wage Act.

29. Defendants breached the contracts by failing to pay the required minimum wages and benefits.

30. Plaintiffs were third-party beneficiaries to these contracts and suffered harm by Defendants' breach.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand:

a. An Order pursuant to Section 16(b) of the FLSA finding Defendants liable for unpaid overtime due to Plaintiffs;

b. An Order pursuant to I.C. § 22-2-5 *et. seq.* finding Defendants liable for unpaid earned wages due to Phillips;

c. An Order pursuant to I.C. § 22-2-9 *et. seq.* finding Defendant liable for unpaid earned wages due to Wollam;

d. An Order awarding liquidated damages;

e. An Order awarding Plaintiffs their attorneys' fees and costs of this action;

f. A Declaration and finding by the Court that Defendants willfully violated provisions of the FLSA by failing to comply with the overtime requirements of the FLSA; and

g. An Order awarding Plaintiffs, as third-party beneficiaries, all damages available to them as a result of Defendants' breach of contract;

      h.      An Order granting such other and further relief as may be necessary and appropriate.

<u>s/ Robert J. Hunt</u>
Robert J. Hunt (#30686-49)

<u>s/ Philip J. Gibbons, Jr.</u>
Philip J. Gibbons, Jr. (#19353-49)

GIBBONS LEGAL GROUP, P.C.
3091 E 98th St, Suite 280
Indianapolis, Indiana 46280
Telephone:  (317) 706-1100
Facsimile:  (317) 623-8503
E-Mail: phil@gibbonslegalgroup.com
        rob@gibbonslegalgroup.com

Attorneys for Plaintiff